

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jeff Fendley, Appellant

No. 06-20-00066-CV     v.

Sims Norment, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 88043). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Jeff Fendley, pay all costs incurred by reason of this appeal.

RENDERED APRIL 29, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk